No. 742. FRANKLIN *v.* SHELTON ET AL. C. A. 10th Cir. Certiorari denied. *John B. Ogden* and *Josh Lee* for petitioner. *R. M. Mountcastle* for respondents. ▆

No. 775. MARTIN, TRUSTEE, *v.* TINDELL. Supreme Court of Florida. Certiorari denied. *George F. Gilleland* for petitioner. *William S. Frates* and *Walter H. Beckham, Jr.* for respondent. ▆

No. 634. A. MASCHMEIJER, JR., INC., *v.* EASTERN MOTOR EXPRESS, INC. The motions for leave to file briefs of the National Industrial Traffic League; the Manufacturing Chemists' Association, Inc.; and Southern Textile Chemical Manufacturers' Association, as *amici curiae,* are granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *Jerome G. Greenspan* for petitioner. *Herbert Burstein* for respondent. Briefs of *amici curiae* urging that the petition for writ of certiorari be granted were filed by *Morris Hershson* for the National Barrel & Drum Association, Inc., *Robert N. Burchmore* and *John S. Burchmore* for the National Industrial Traffic League, *Nuel D. Belnap* for the Manufacturing Chemists' Association, Inc., and *James B. Craighill* for the Southern Textile Chemical Manufacturers' Association. *Louis Silver* filed a brief for the National Freight Claim Council of the American Trucking Associations, Inc., urging that the petition be denied. ▆

No. 693. LOUISIANA & ARKANSAS RAILWAY CO. *v.* ROBINSON. The motion to adjudge damages to respondent for delay is denied. Petition for writ of certiorari to the Supreme Court of Texas denied. *A. L. Burford* for petitioner. *Franklin Jones, Sr.* and *C. A. Brian* for respondent.